No. 88–1076. PRESEAULT ET UX. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 2d Cir. [Certiorari granted, 490 U. S. 1034.] Motion of respondents Vermont et al. for divided argument granted.

No. 88–1150. MISSOURI ET AL. *v.* JENKINS ET AL. C. A. 8th Cir. [Certiorari granted, 490 U. S. 1034.] Motion of Icelean Clark et al. for leave to participate in oral argument as *amici curiae,* for divided argument, and for additional time for oral argument denied.

No. 88–1182. BALTIMORE CITY DEPARTMENT OF SOCIAL SERVICES *v.* BOUKNIGHT; and
No. 88–6651. MAURICE M. *v.* BOUKNIGHT. Ct. App. Md. [Certiorari granted, 490 U. S. 1003.] Motion of petitioner Maurice M. for divided argument granted.

No. 88–1198. FEDERAL TRADE COMMISSION *v.* SUPERIOR COURT TRIAL LAWYERS ASSN.; and
No. 88–1393. SUPERIOR COURT TRIAL LAWYERS ASSN. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. D. C. Cir. [Certiorari granted, 490 U. S. 1019.] Motion of respondents/cross-petitioners Superior Court Trial Lawyers Association et al. for divided argument denied.

No. 88–1569. AUSTIN, MICHIGAN SECRETARY OF STATE, ET AL. *v.* MICHIGAN STATE CHAMBER OF COMMERCE. C. A. 6th Cir. [Probable jurisdiction noted, 490 U. S. 1045.] Motion of Federal Election Commission for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 88–1640. MICHIGAN CITIZENS FOR AN INDEPENDENT PRESS ET AL. *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. [Certiorari granted, 490 U. S. 1045.] Motion of the Acting Solicitor General for divided argument denied. JUSTICE WHITE took no part in the consideration or decision of this motion.